UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRICIA ROBINSON,

    Plaintiff,

v.                                                Case No. 8:25-cv-363-TPB-LSG

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Lindsay S. Griffin, United States Magistrate Judge, entered on June 13, 2025. (Doc. 15). Judge Griffin recommends that the Court grant the "Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 24 U.S.C. § 405(g) with Remand of the Cause to Defendant" (Doc. 14). Upon review, the Court adopts the report and recommendation. Consequently, the Commissioner's motion is granted, and this case is remanded for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation (Doc. 15) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. "Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 24 U.S.C. § 405(g) with Remand of the Cause to Defendant" (Doc. 14) is **GRANTED**.

3. This case is **REMANDED** for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

4. The Clerk is directed to enter judgment in favor of Plaintiff Tricia Robinson and against the Commissioner, and thereafter close this case.

**DONE** and **ORDERED**, in Chambers, in Tampa, Florida, this <u>17th</u> day of June, 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE